UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,                     Case No. 1:05:CR:139

v.

                                      HON. GORDON J. QUIST

AARON MABRY,

        Defendant.

_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed August 3, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Aaron Mabry's plea of guilty to Count One of the Indictment is accepted. Defendant Aaron Mabry is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Aaron Mabry shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Wednesday, September 14, 2005**. Defendant Aaron Mabry shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: August 31, 2005                                              /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                                      UNITED STATES DISTRICT JUDGE